F. P. Smith Wire & Iron Works, appellee, v. David Laskey et al., appellant. Gen. No. 36,170.

Opinion filed May 24, 1933. Rehearing denied June 7, 1933.
Julius L. Kabaker, for appellant. John Francis Mahan, for appellee.
Mr. Justice Hall delivered the opinion of the court.

Walton School of Commerce, appellant, v. Osborne Lysne, appellee. Gen. No. 36,188.

Opinion filed May 24, 1933.
Robert C. Hardy, for appellant. No appearance for appellee.
Mr. Justice Hall delivered the opinion of the court.

David O'Connell, Jr., a minor, by David J. O'Connell, his father and next friend, plaintiff in error, v. Henry J. Jepsen, defendant in error. Gen. No. 36,017.

Opinion filed May 24, 1933.
John A. Bloomingston, for plaintiff in error. Joseph H. Hinshaw, for defendant in error; Oswell G. Treadway, of counsel.
Mr. Justice Hebel delivered the opinion of the court.

Herbert S. Youngquist, appellee, v. Great Lakes Finance Corporation and Albert W. Froehde, appellants. Gen. No. 36,065.

Opinion filed May 24, 1933. Rehearing denied June 7, 1933.
William McKinley and Louis Dennen, for appellants. William S. Kleinman, for appellee.
Mr. Justice Hebel delivered the opinion of the court.